UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DR. MICHAEL G. WEBSTER,** | * | CIVIL ACTION NO. 13-6613 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BOARD OF SUPERVISORS OF THE** | * | SECTION " R " ( 3 ) |
| **UNIVERSITY OF LOUISIANA SYSTEM** | * | |
| **(SOUTHEASTERN LOUISIANA UNIVERSITY),** | * | JUDGE VANCE |
| **DR. LYNETTE RALPH, ERIC JOHNSON, and** | * | |
| **VICTOR E. "GENE" PREGEANT** | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **Defendants.** | * | Jury Requested. |

**********************************************

## *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Michael G. Webster, and in accordance with this Court's Scheduling Order of February 12, 2015 (CMECF No. 51), seeks leave from this Court to file his first amended complaint.

As more fully discussed in the attached memorandum in support, Plaintiff seeks, under Federal Rules of Civil Procedure, Rule 15, to amend his pleading as justice requires such to be amended to include a cause of action under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.*, as well as clarify his cause of action under state obligation rights. Plaintiff's cause of action under Section 504 will not change the pace of this litigation, nor will it change the discovery processes by the parties in this matter since this cause of action is similar to Plaintiff's previous causes of action already being litigated (ADA).

WHEREFORE, Plaintiff, Dr. Michael Webster, respectfully pray this Court grant his motion for leave to amend his complaint for the first time so that he may stop injustice from occurring and bring an additional cause of action under Section 504 of the Rehabilitation Act of 1973, as well as clarify his causes of action under state obligation rights.

| | Respectfully submitted, |
|---|---|
| **Certificate of Service** | */s/ Bryce G. Murray* |
| I hereby affirm that service of the foregoing motion has been served on all counsel of record through this Court's CMECF system this 14th day of March, 2015. | **Bryce G. Murray, TA, La. Bar No. 28968**<br>**BRYCE MURRAY, ATTORNEY • NOTARY, LLC**<br>4708 Trenton Street<br>Metairie, Louisiana 70006<br>(504) 383-3246<br>bryce@brycemurray.com<br>**ATTORNEY FOR PLAINTIFF** |
| */s/ Bryce G. Murray*<br>Bryce G. Murray | |