```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

DR. MICHAEL G. WEBSTER                      CIVIL ACTION

VERSUS                                      NO: 13-6613

BOARD OF SUPERVISORS OF THE UNIVERSITY      SECTION: R(3)
OF LOUISIANA SYSTEM, et al.

### JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendants, the Board of Supervisors of the University of Louisiana System (Southeastern University), Eric Johnson, Dr. Lynette Ralph, and Victor Pregeant, and against the plaintiff, Dr. Michael Webster, dismissing Dr. Webster's complaint with prejudice.

New Orleans, Louisiana, this __21st__ day of July, 2015.

_____
              SARAH S. VANCE
        UNITED STATES DISTRICT JUDGE